**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00091-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DARREN LEE REIDT,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on April 22, 2016, it is hereby

ORDERED that Defendant Darren Lee Reidt is sentenced to **TIME SERVED, 3 years supervised release, see judgment for details.**

Dated:   April 22, 2016.

                                          BY THE COURT:

                                          /s/   R. Brooke Jackson
                                          R. BROOKE JACKSON,
                                          UNITED STATES DISTRICT JUDGE